UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY SWANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:13-cv-3430-M |
| | § | |
| COMMERCIAL RECOVERY SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Notice of Request to Stay Case [Docket Entry #8].

Plaintiff's Motion is **GRANTED**. The Court hereby stays, and directs the clerk to, administratively close this case.

**SO ORDERED**.

January 7, 2014.

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**